IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pritchett, Michael

Printed: 01/22/09

Case Number: 04 B 32953
Judge: Wedoff, Eugene R
Filed: 9/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 5, 2008
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,258.00 |  |
| Secured: |  | 12,713.93 |
| Unsecured: |  | 1,708.06 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.20 |
| Trustee Fee: |  | 930.08 |
| Other Funds: |  | 0.73 |
| Totals: | 17,258.00 | 17,258.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Harris Bank | Secured | 12,713.93 | 12,713.93 |
| 3. | Capital One | Unsecured | 203.77 | 203.77 |
| 4. | ECast Settlement Corp | Unsecured | 1,066.17 | 1,066.17 |
| 5. | ECast Settlement Corp | Unsecured | 176.89 | 176.89 |
| 6. | Harris Bank | Unsecured | 261.23 | 261.23 |
| 7. | Mortgage Lenders Network USA | Secured |  | No Claim Filed |
| 8. | HC Emergency Room Physicians | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,327.19 | $ 16,327.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 133.24 |
| 4% | 42.01 |
| 3% | 31.50 |
| 5.5% | 173.25 |
| 5% | 52.50 |
| 4.8% | 100.80 |
| 5.4% | 363.30 |
| 6.6% | 33.48 |
|  | $ 930.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pritchett, Michael

Printed: 01/22/09

Case Number:  04 B 32953
Judge:  Wedoff, Eugene R
Filed:  9/3/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

